IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| **PAULA BLAND RAMSEY** | § | |
| Plaintiff | § | |
| | § | |
| VS. | § | Case No. 4:13cv435 |
| | § | |
| **TACO BELL CORP.** | § | |
| | § | |
| Defendant. | § | |

## ORDER STAYING CASE

Based on the Suggestion of Bankruptcy and Notice of Automatic Stay filed by Defendant regarding Plaintiff's pending bankruptcy petition (*see* Dkt. 17), all claims in this case are STAYED pursuant to 11 U.S.C. § 362 and all deadlines are abated and hearings cancelled.  Plaintiff is directed to file a status report with the Court within 30 days of the resolution of the bankruptcy matters indicating whether she wishes to proceed with her claims herein.  If Plaintiff fails to timely file her status report, upon notice by Defendant, the case will be dismissed for want of prosecution.

**SO ORDERED.**
**SIGNED this 20th day of March, 2014.**

_____
DON D. BUSH
UNITED STATES MAGISTRATE JUDGE